Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 21−11759−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shaun J. Reiss
    7 Buxton Drive
    East Windsor, NJ 08520

Social Security No.:
    xxx−xx−7796

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 6, 2021.

Dated: December 6, 2021
JAN: dmi

                                                      Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Shaun J. Reiss  
    Debtor

Case No. 21-11759-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 06, 2021      Form ID: plncf13      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun J. Reiss, 7 Buxton Drive, East Windsor, NJ 08520-1701 |
| lm | + | PNC Bank, N.A., 222 Delaware Avenue, Wilmington, DE 19801-1637 |
| 519134986 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 519129243 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519129244 | + | Robert Manchel, 1 Eves Dr., Suite 111, Marlton, NJ 08053-3125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519129239 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 06 2021 20:36:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 519132524 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 06 2021 20:36:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519129240 | + | Email/Text: bankruptcy@cunj.org | Dec 06 2021 20:35:00 | Credit Union Of N J, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 519210090 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2021 20:35:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519129242 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2021 20:35:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519132059 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 06 2021 20:49:18 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519129241 | ##+ | KML Law Group PC, 216 Haddon Ave., Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Dec 06, 2021 Form ID: plncf13 Total Noticed: 13

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Shaun J. Reiss manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4