UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Shaun J. Reiss

Case No.: 21-11759CMG

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Shaun J. Reiss, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/13/2021

/s/ Shaun J. Reiss
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18